sented to JUSTICE SCALIA, and by him referred to the Court, denied. JUSTICE GINSBURG, JUSTICE BREYER, JUSTICE SOTOMAYOR, and JUSTICE KAGAN would grant the application for stay of execution.

No. 10–10994 (10A1219).  POWELL v. ALABAMA.  Sup. Ct. Ala. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

No. 10–11055 (10A1235).  POWELL v. THOMAS, INTERIM COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.  Certiorari denied.

## JUNE 20, 2011

No. 09–10276.  ROGERS v. UNITED STATES.  C. A. 6th Cir. Motion of petitioner for leave to proceed in forma pauperis granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of Sykes v. United States, ante, p. 1.

No. 10–9984.  AYSISAYH v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 10–10596.  FUTCH v. UNITED STATES.  C. A. 11th Cir. Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 10–10608.  BEATY v. ARIZONA.  Super. Ct. Ariz., County of Maricopa.  Certiorari dismissed as moot.

No. D–2588.  IN RE DISCIPLINE OF OSBORNE.  David Robert Osborne, of Christiansted, St. Croix, V. I., is suspended from the